THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONDANOVA DOMINIQUE LEWIS, | No. C19-1461RAJ |
| Petitioner, | |
| v. | ORDER TO SEAL DOCUMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

THIS MATTER has come before the undersigned on Petitioner's motion to file Exhibit 1 to the Amended Motion Under § 2255 under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that Petitioner's Motion to Seal (Dkt. #10) is GRANTED and that Exhibit 1 to Petitioner's Amended Motion Under § 2255 shall be and remain filed under seal.

DATED this 23rd day of December, 2019.

*Richard A. Jones*
—————————————
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT - 1
(*Lewis v. USA* / C19-1461RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**