THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DONDANOVA DOMINIQUE LEWIS, | ) | No. C19-1461RAJ |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO AMEND PETITIONER'S PRO SE § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

THIS MATTER has come before the undersigned on Petitioner's unopposed motion to amend Petitioner's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Dkt. #1. Having considered the motion and all of the records and files in this case,

IT IS NOW ORDERED that Petitioner's Motion to Amend (Dkt. #9) is GRANTED. Petitioner may file an amended petition under 28 U.S.C. § 2255.

DATED this 23rd day of December, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO AMEND § 2255 MOTION - 1
(*Lewis v. USA* / C19-1461RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**